# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. AND H. LUNDBECK A/S,<br><br>    Plaintiffs,<br><br> v.<br><br>MYLAN LABORATORIES LIMITED, VIATRIS INC. AND MYLAN PHARMACEUTICALS INC.,<br><br>    Defendants. | Civil Action No. _____ |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

| | |
|---|---|
| Date Patentee Received Notice: | February 24, 2022 |
| Date of Expiration of '680 Patent: | October 19, 2024 |
| Date of Expiration of '313 Patent: | October 19, 2024 |
| Date of Expiration of '427 Patent: | March 15, 2025 |
| Date of Expiration of '469 Patent: | June 29, 2025 |
| Date of Expiration of '679 Patent: | October 19, 2024 |
| Date of Expiration of '057 Patent: | March 8, 2034 |
| Date of Expiration of '803 Patent: | September 24, 2033 |
| Date of Expiration of '553 Patent: | September 24, 2033 |
| Thirty Month Stay Deadline: | August 24, 2024 (Saturday) |

*Of Counsel:*

James B. Monroe
Denise Main
Erin M. Sommers
Jeanette M. Roorda
Melanie Magdun
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4431
(202) 408-4000

Dated: April 8, 2022

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiffs Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S*