IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. AND H. LUNDBECK A/S,<br><br>*Plaintiffs*,<br><br>v.<br><br>MYLAN LABORATORIES LIMITED, VIATRIS INC. AND MYLAN PHARMACEUTICALS INC.,<br><br>*Defendants*. | C.A. No. 22-464-CFC<br>C.A. No. 22-1125-CFC<br>C.A. No. 22-1226-CFC<br>C.A. No. 22-1367-CFC<br><br>**ANDA CASE** |

### STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF VENUE MOTIONS, CONSOLIDATION OF ACTIONS AND SUBMISSION OF CASE SCHEDULE

**WHEREAS** Defendants Mylan Pharmaceuticals Inc. ("MPI"), Viatris Inc. ("Viatris"), and Mylan Laboratories Limited ("MLL") (collectively, "Defendants") in the above-captioned actions have for all the various reasons stated in their letter filed on the docket dated February 1, 2023 (C.A. No. 22-464-CFC, D.I. 86; C.A. No. 22-1125-CFC, D.I. 51; C.A. No. 22-1226-CFC, D.I. 42; C.A. No. 22-1367-CFC, D.I. 43), withdrawn MPI's and Viatris's motions to dismiss (C.A. No. 22-464-CFC, D.I.s 17, 85; C.A. No. 22-1125-CFC, D.I.s 12, 50; C.A. No. 22-1226-CFC, D.I.s 12, 41; C.A. No. 22-1367-CFC, D.I.s 13, 42) and MLL's motion to transfer or dismiss (Case No. 22-464-CFC, D.I.s 49, 85);

RLF1 28625984v.1

- 2 -

**WHEREAS** Defendants agree to proceed in the District of Delaware for the purposes of this litigaiton only (C.A. Nos. 22-464-CFC; 22-1125-CFC; 22-1226-CFC; and 22-1367-CFC) for all the various reasons stated in their letter filed on the docket dated February 1, 2023 (C.A. No. 22-464-CFC, D.I. 86; C.A. No. 22-1125-CFC, D.I. 51; C.A. No. 22-1226-CFC, D.I. 42; C.A. No. 22-1367-CFC, D.I. 43) and based on the unique facts of this litigation;

**WHEREAS** MLL executed a waiver of service in C.A. No. 22-464-CFC (D.I. 40) but has not yet been served in C.A. Nos. 22-1125-CFC, 22-1226-CFC, and 22-1367-CFC (the "Second, Third, and Fourth Actions"), and its deadline to respond to the Complaints in the Second, Third, and Fourth Actions has been stayed pursuant to the Court's *Order Regarding Discovery and Stay of all Other Proceedings* (C.A. No. 22-464-CFC, D.I. 67; C.A. No. 22-1125-CFC, D.I. 32; C.A. No. 22-1226-CFC, D.I. 23; C.A. No. 22-1367-CFC, D.I. 24);

**WHEREAS**, in view of the Defendant's agreement to proceed in Delaware for purposes of this litigaiton only: (i) MLL will waive service in the Second, Third, and Fourth Actions, and (ii) the parties agree to consolidate all the above-captioned actions; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court as follows:

1. MPI's and Viatris's motions to dismiss (C.A. No. 22-464-CFC, D.I. 17; C.A. No. 22-1125-CFC, D.I. 12; C.A. No. 22-1226-CFC, D.I. 12; C.A. No. 22-1367-CFC, D.I. 13) are withdrawn in the above-captioned matters;

2. MLL's motion to transfer or dismiss in C.A. No. 22-464-CFC (D.I. 49) is withdrawn;

3. The *Order Regarding Discovery and Stay of all Other Proceedings* (C.A. No. 22-464-CFC, D.I. 67; C.A. No. 22-1125-CFC, D.I. 32; C.A. No. 22-1226-CFC, D.I. 23; C.A. No. 22-1367-CFC, D.I. 24) is vacated and the parties need not respond to the discovery served pursuant to that Order;

5. In the Second, Third, and Fourth Actions, and for purposes of those actions only, Defendant MLL hereby waives the defenses of insufficient process and insufficient service of process;

6. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions are consolidated for all purposes. C.A. No. 22-464-CFC shall be the lead case, and hereafter all filings pertaining to the above-captioned cases shall be docketed only in the lead case and shall bear only the lead case's caption. The lead case's caption shall be as follows:

- 4 -

| | | |
|---|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. and H. LUNDBECK A/S, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | C.A. No. 22-464-CFC (consolidated) |
| MYLAN LABORATORIES LIMITED, VIATRIS INC. and MYLAN PHARMACEUTICALS INC., | ) ) ) ) ) | **ANDA CASE** |
| Defendants. | ) | |

7. Defendants shall respond to the Complaints in C.A. Nos. 22-464-CFC, 22-1125-CFC, 22-1226-CFC and 22-1367-CFC within fourteen (14) days from the date of this Order; and

8. The parties shall submit a joint proposed Scheduling Order in this action within twenty-one (21) days from the date of this Order;

It is further **ORDERED** that a telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on ___March 8, 2023___ at ___3:30___ ~~am~~/pm.

- 4 -

| | |
|---|---|
| ASHBY & GEDDES | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Steven J. Balick | /s/ Christine D. Haynes |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiffs*<br>*Otsuka Pharmaceutical Co., Ltd. and*<br>*H. Lundbeck A/S* | Frederick L. Cottrell, III (#2555)<br>Christine D. Haynes (#4697)<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Defendants Mylan*<br>*Laboratories Limited, Viatris Inc. and*<br>*Mylan Pharmaceuticals Inc.* |

**SO ORDERED**, this  21st  day of  February , 2023.

_____
Chief Judge