IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. AND H. LUNDBECK A/S,<br><br>    Plaintiffs,<br><br>v.<br><br>MYLAN LABORATORIES LIMITED, VIATRIS INC. AND MYLAN PHARMACEUTICALS INC.,<br><br>    Defendants. | C.A. No. 22-464-CFC-JHL (consolidated)<br><br>**ANDA CASE** |

## NOTICE OF DEPOSITION OF NITIN BHATTAD

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 26 and 30, Plaintiffs Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S (collectively, "Plaintiffs"), by and through their attorneys, will take the deposition by oral examination of Nitin Bhattad. The deposition will occur at a time and place to be agreed upon by the parties.

PLEASE TAKE FURTHER NOTICE that the deposition will take place in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware, and under oath and before a Notary Public or other officer authorized by law to administer oaths. The

deposition will be recorded by stenographic means and/or audio and videographic means and will continue from day to day until completed.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ Andrew C. Mayo |
| *Of Counsel:* | Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com |
| James B. Monroe<br>Paul W. Browning<br>Denise Main<br>Jennifer H. Roscetti<br>Erin M. Sommers<br>Jeanette M. Roorda<br>Melanie Magdun<br>A. Sasha Hoyt<br>FINNEGAN, HENDERSON,<br>FARABOW, GARRETT &<br>DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4431<br>(202) 408-4000 | *Attorneys for Plaintiffs Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S* |

Dated: September 29, 2023