# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

OTSUKA PHARMACEUTICAL CO., LTD. )
AND H. LUNDBECK A/S, )
                       )
         Plaintiffs, )
                       )    C.A. No. 22-464-JLH
    v. )
                       )    **ANDA CASE**
MYLAN LABORATORIES LIMITED, )
VIATRIS INC. and MYLAN )
PHARMACEUTICALS INC., )
                       )
         Defendants. )

---

**PLAINTIFFS' LETTER TO THE HONORABLE JENNIFER L. HALL: (i) IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND; (ii) IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL SUPPLEMENTATION OF CONTENTIONS; AND (iii) IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' INVALIDITY CONTENTIONS AND EXPERT REPORTS RELATED TO UNPLED DEFENSES**

*Of Counsel:*
James B. Monroe
Paul W. Browning
Denise Main
Jennifer H. Roscetti
Eric J. Fues
Erin M. Sommers
Jeanette M. Roorda
Melanie Magdun
A. Sasha Hoyt
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4431
(202) 408-4000

Dated: February 26, 2024

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiffs Otsuka
Pharmaceutical Co., Ltd. and H. Lundbeck
A/S.*