# P3

|   |   |
|---|---|
| **From:** | Greb, Emily J. (Perkins Coie) |
| **To:** | Hoyt, Sasha; Stubbings, Maria A. (Perkins Coie); White, Brandon (Perkins Coie); Bloodworth, Shannon (Perkins Coie); Anstaett, David L. (Perkins Coie); Tietz, Jonathan (Perkins Coie); Radics, Olivia (Perkins Coie); Aripiprazole@perkinscoie.com; haynes@rlf.com; EXT- Cottrell, Fred; rawnsley@rlf.com |
| **Cc:** | Monroe, James; Browning, Paul; Main, Denise; Roscetti, Jennifer; Sommers, Erin; Roorda, Jeanette; Magdun, Melanie; EXT-SBalick@ashbygeddes.com; EXT-AMayo@ashbygeddes.com |
| **Subject:** | Otsuka v. Mylan - Case Nos. 22-cv-46, 22-cv-1125, 22-cv-1226, and 22-cv-13678 (D. Del.) |
| **Date:** | Friday, January 26, 2024 5:36:13 PM |
| **Attachments:** | shield-advisory.png<br>chevron-light.png<br>Aripiprazole - Proposed Amended Answer to Complaint (22cv1226).pdf<br>Aripiprazole - Proposed Amended Answer to Complaint (22cv464).pdf<br>Aripiprazole - Proposed Amended Answer to Complaint (22cv1125).pdf<br>Aripiprazole - Proposed Amended Answer to Complaint (22cv1125) (REDLINE).pdf<br>Aripiprazole - Proposed Amended Answer to Complaint (22cv464) (REDLINE).pdf<br>Aripiprazole - Proposed Amended Answer to Complaint (22cv1226) (REDLINE).pdf |

 External email

Counsel,

As we have previously noted, Defendants intend to move to amend their answers to the complaint in each of the consolidated cases to make clear our allegations of ███████████████████████ ███████████████████████████. Per your previous request to see a copy of the amended pleadings, please see the attached, which includes clean and redline copies of Defendants' proposed amendments in Case Nos. 22cv464, 22cv1125, and 22cv1226. Defendants amended pleading for Case No. 22cv1367 will be effectively identical to the pleading for Case No. 22cv1226.

Please note that while we have marked the attached pleadings as highly confidential, as each contains Plaintiffs' confidential information, we can confirm that none contain any of Defendants' confidential information.

Please let us know if Plaintiffs agree not to oppose Defendants' motion for leave, or otherwise let us know when you are available to confer on Monday or Tuesday of next week.

Regards,
Emily

**Emily Greb | Perkins Coie LLP**
PARTNER
D. +1.608.663.7494
F. +1.608.283.4494
E. EGreb@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.