IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. AND H. LUNDBECK A/S,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>MYLAN LABORATORIES LIMITED, VIATRIS INC. AND MYLAN PHARMACEUTICALS INC.,<br><br>    *Defendants*. | C.A. No. 22-464-JLH (consolidated)<br><br>**ANDA CASE** |

## [PROPOSED] ORDER

  AND NOW, this _____ day of _____, 2024, upon consideration of Plaintiffs Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S' ("Plaintiffs") and Mylan Laboratories Ltd., Viatris Inc. and Mylan Pharmaceuticals Inc.'s ("Defendants") Motion to Redact Portions of the December 8, 2023 Teleconference Hearing Transcript, the Court finds that:

  1. The Hearing Transcript attached to the Motion contains information that is confidential business information, commercially sensitive, and of competitive value to Plaintiffs and Defendants.

  2. Legitimate public and private interests weigh in favor of sealing portions of this Exhibit to protect Plaintiffs' and Defendants' confidential business information, including commercially sensitive research and development ("R&D") information and information regarding regulatory filings and strategy, from public disclosure.

  3. Plaintiffs and Defendants will suffer clearly defined and serious injury if the Hearing Transcript was publicly available to third parties.

4. The public's interest in accessing court records is outweighed by the public and private interest in protecting Plaintiffs' and Defendants' commercially sensitive, confidential business information from public disclosure.

5. Plaintiffs' and Defendants' proposed redactions to the Hearing Transcript are both narrowly tailored to protect their confidential information from public disclosure and the least restrictive alternative for protecting such commercially sensitive information.

ACCORDINGLY, the Motion is GRANTED and it is hereby ORDERED that the Clerk of the Court shall ensure that the Hearing Transcript attached as Exhibit A is not available for public viewing through PACER and shall place all unredacted copies of the Hearing Transcript within the Clerk's possession under seal until further order of this Court. It is further ORDERED that the redacted Hearing Transcript attached as Exhibit B shall be made available for public viewing through PACER.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE