# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. and H. LUNDBECK A/S, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN LABORATORIES LIMITED, VIATRIS INC., and MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | C.A. No. 22-0464-JLH <br><br>  |

## DECLARATION OF EMILY J. GREB IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DR. WANG

I, EMILY J. GREB, declare as follows:

1. I am a partner at Perkins Coie LLP, licensed to practice law in the State of Wisconsin, and counsel for defendants Mylan Laboratories Limited, Viatris Inc., and Mylan Pharmaceuticals Inc. (collectively "Mylan") in the present action. I make this Declaration based on my personal knowledge and in support of Defendants' Opposition to Plaintiffs' Motion to Exclude the Testimony of Dr. Wang.

2. Attached as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Yaning Wang, Ph.D. dated April 12, 2024.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the rough deposition transcript of Dr. Yaning Wang taken on May 7, 2024.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition of Mary Hobart taken on November 7, 2023.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the Opening Report of Dr. David J. Greenblatt dated February 9, 2024.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of Rebuttal Expert Report of Rosenbaum dated March 15, 2024.

7. Attached as Exhibit 6 is a true and correct copy of excerpts of the deposition of Sara Rosenbaum taken on April 26, 2024.

8. Attached as Exhibit 7 is a true and correct copy of Exhibit 22 from the deposition of Mary Hobart.

9. Attached as Exhibit 8 is a true and correct copy of the Abilify Maintena Review.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2024

By: _____
Emily J. Greb

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2024, true and correct copies of the foregoing document were served, via e-mail, on the following:

<u>**BY E-MAIL**</u>

Steven J. Balick
Andrew Colin Mayo
Ashby & Geddes
500 Delaware Avenue
8th Floor
Wilmington, DE 19801
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

<u>**BY E-MAIL**</u>

Paul W. Browning
James B. Monroe
Denise Main
Erin M. Sommers
Jennifer H. Roscetti
Jeanette M. Roorda
Melanie Magdun
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4431
Paul.browning@finnegan.com
James.monroe@finnegan.com
Denise.main@finnegan.com
Erin.sommers@finnegan.com
Jennifer.roscetti@finnegan.com
Jeanette.roorda@finnegan.com
Melanie.magdun@finnegan.com

*/s/ Christine D. Haynes*
Christine D. Haynes (#4697)
haynes@rlf.com